IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS GIEGLER,

    Plaintiff,

  v.

KEVIN CARR, KEVIN SAMANKO,
MS. SAMANKO, MS. RANAE BOLAND,
MS. MANDY MATHSON, KAREN
PARENTEAU, GINA STANISLOWSKI,
and LUKE ARENZ,

    Defendants.

Case No.   19-cv-933-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 3/19/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |